

**IN THE
TENTH COURT OF APPEALS**

_____

**No. 10-14-00024-CV**

**IN RE RIGOBERTO A. DELGADO**

_____

**Original Proceeding**

---

## MEMORANDUM OPINION

---

The petition for writ of mandamus is denied, and the motion for emergency

relief is dismissed as moot.[1]

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied; motion dismissed
Opinion delivered and filed January 30, 2014
[OT06]

---

[1] Nothing herein should be construed as a decision on the merits or appeal of a subsequent application for guardianship.